```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-CR-00178 AWI |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| DALJIT SINGH SIDHU, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daljit Singh Sidhu, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 17 U.S.C. §§ 506(b) and 509(a), and 28 U.S.C. § 2461(c), defendant Daljit Singh Sidhu's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately 4,635 counterfeit DVDs seized on March 23, 2006, from India Currency Exchange and Discount Mart located at 250 White Lane, Bakersfield, California;

   b. One E-Machines Model T2792, Serial

1

1           #Q1V3C60401122;

2    c. One Photosmart 2610 SD60B-0304-01 Printer Serial #MY523K6Z8F with power cord and cable;

4    d. One Dell Latitude CPR 946 TD, Serial #SN00059 PJD-38280-9BH-P10R;

5    e. One HP laserjet printer 3500 #Q1319A #CNBRK14070;

7    f. One Vinpower.net DVD Duplicator (full tower) Serial #20040420 2-04-0673;

8    g. 2½ boxes of blank DVD cases;

9    h. Partial package of Maxell Spindel DVD-R;

10    i. Three packs of Label Makers;

11    j. Partial pack of DVD blank Matte finish;

12    k. One case 100 slim jewel cases;

13    l. Five packs of 100 TDK CD blanks; and,

14    m. Three packs of DVD label fillers.

16    2. The above-listed assets constitute copies manufactured, reproduced, distributed, sold, or otherwise used, intended for use, or possessed with intent to use in violation of 17 U.S.C. § 506(a)(1)(A) or are implements, devices or equipment used in the manufacture of such infringing copies or phonographs. The above-listed assets may be forfeited and, at the United States' discretion, destroyed pursuant to 17 U.S.C. §§ 506(b) and 509(a).

23    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

28 ///

4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Report</u> (Kern County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order
///
///

of Forfeiture pursuant to 17 U.S.C. §§ 506(b) and 509(a), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:  March 5, 2008**                         /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE