McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00178 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| DALJIT SINGH SIDHU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS, on March 5, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 17 U.S.C. §§ 506(b) and 509(a), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Daljit Singh Sidhu forfeiting to the United States the following property:

        a.    Approximately 4,635 counterfeit DVDs seized on March 23, 2006, from India Currency Exchange and Discount Mart located at 250 White Lane, Bakersfield, California;

        b.    One E-Machines Model T2792, Serial #Q1V3C60401122;

        c.    One Photosmart 2610 SD60B-0304-01 Printer Serial #MY523K6Z8F with power cord and cable;

1

        d.    One Dell Latitude CPR 946 TD, Serial #SN00059 PJD-38280-9BH-P10R;

        e.    One HP laserjet printer 3500 #Q1319A #CNBRK14070;

        f.    One Vinpower.net DVD Duplicator (full tower) Serial #20040420 2-04-0673;

        g.    2½ boxes of blank DVD cases;

        h.    Partial package of Maxell Spindel DVD-R;

        i.    Three packs of Label Makers;

        j.    Partial pack of DVD blank Matte finish;

        k.    One case 100 slim jewel cases;

        l.    Five packs of 100 TDK CD blanks; and,

        m.    Three packs of DVD label fillers.

AND WHEREAS, on April 3, 10, and 17, 2008, the United States published notice of the Court's Order of Forfeiture in the <u>Daily Report</u> (Kern County), a newspaper of general circulation located in the county in which the above-listed property was seized. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 17 U.S.C. §§ 506(b) and 509(a), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Daljit Singh Sidhu.

    2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   July 3, 2008**                              **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE