**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
DALJIT SINGH SIDHU

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 07-CR-00178 AWI |
|---|---|
| PLAINTIFF, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| DALJIT SINGH SIDHU, | |
| DEFENDANT. | |

TO: THE CLERK OF THE CENTRAL DISTRICT COURT, THE HONORABLE ANTHONY W. ISHII, DISTRICT JUDGE; MARK CULLERS, CHIEF ASSISTANT UNITED STATED ATTORNEY:

It is hereby stipulated by the parties hereto and through their undersigned attorneys of record, that the above-named defendant, who is currently on probation to this court be allowed to travel from his residence to the country of India, between the dates listed below:

Departure: November 15, 2009

Return: January 15, 2009

This stipulation and proposed order is submitted with the approval of the United States Probation Office.

     /s/David A. Torres
DAVID A. TORRES
Counsel for Defendant Daljit Singh Sidhu

     /s/Mark E. Cullers
MARK E. CULLER
Attorney for the
United States of America

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant DALJIT SINGH SIDHU, may, with the courts permission, travel to India departing on November 15, 2009 and returning on January 15, 2009.

IT IS SO ORDERED.

**Dated:   November 5, 2009**          /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE